JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO NZOLAMESO,<br><br>                Petitioner,<br>    v.<br><br>RALPH DIAZ,<br><br>                Respondent. | Case No. 2:20-cv-9802-JLS (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition and Denying Certificate of Appealability, **IT IS ADJUDGED** that the action is dismissed with prejudice.

DATED: July 5, 2021

                                              JOSEPHINE L. STATON
                                              U.S. DISTRICT JUDGE